

NUMBER 13-14-00036-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MATTHEW JENKINS, MARY JENKINS A/K/A
MARY WINE AND MARY JENKINS AS NEXT FRIEND
OF WIDEN JENKINS,**                                          Appellants,

**v.**

**DALE MCBRIDE,**                                            Appellant.

---

### On Appeal from the 40th District Court
### of Ellis County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

Appellant, Matthew Jenkins, Mary Jenkins a/k/a Mary Wine and Mary Jenkins as

Next Friend of Widen Jenkins, appealed a judgment entered by the 40th District Court of

Ellis County, Texas. [1]  On February 19, 2014, the Clerk of this Court notified appellants,

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals in Waco pursuant to a docket equalization order issued by the Supreme Court of Texas.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).

in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $195.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). Appellants have not responded to the notice from the Clerk or paid the $195.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellants' failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

Delivered and filed the
20th day of March, 2014.